USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 1 2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CIVIL ACTION, FILE NUMBER

---

VERENA RIVERA-POWELL

        Plaintiff,

-AGAINST-

THE NEW YORK CITY BOARD OF ELECTIONS

        Defendants.

06 CV 6843

~~PROPOSED~~ ORDER

*September 7, 2006*

*The Court has now received the following documents: (1) Proposed Order (2) Complaint (3) Notice of Motion for Summary Judgment and a Preliminary Injunction (4) Exhibits in Support of Plaintiff's Motion Pursuant to Fed. R. Civ. P. 56 and 65. None of these matters filing are adequate to bring these matters before the Court. The Rule 56 motion cannot be moved until 20 days after the action has been commenced. Also a 65 motion, which is other motion for a normal return date unless it is brought in by an order to show cause. No order to show cause has been tendered to the Court. The Plaintiff should state whether or not there has been a prior state action in the subject matter of the complaint; and if so, why a federal court should consider granting relief. So ordered. Paul Huck, USDJ, Part I*

---

**RELIEF REQUESTED**

**WHEREFORE**, plaintiff prays that this Court

1. Declare defendants conduct to be in violation of the statutes alleged herein;

2. Enjoining the defendants' from excluding the plaintiff from the ballot for the Democratic Party nomination for the public office of Judge of the Civil Court of the City of New York from the 7th Municipal District, New York County, Vacancy #13 at the primary election to be held on Tuesday, September 12, 2006;

3. Reinstating plaintiff to the ballot for the Democratic Party nomination for the public office of Judge of the Civil Court of the City of New York from the 7th Municipal District, New York County, Vacancy #13 at the primary election to be held on Tuesday, September 12, 2006; and

4. Placing plaintiff on to the ballot for the Democratic Party position for the public office of Judge of the Civil Court of the City of New York from the 7th Municipal

**MEMO ENDORSED**

**MEMO ENDORSED**

District, New York County, Vacancy #13 at the general election to be held on Tuesday, November 7, 2006.

SO ORDERED.

Dated: New York, New York
       _____

                                          _____
                                          UNITED STATES DISTRICT JUDGE