USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #·_____
DATE FILED: SEP 1 1 2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CIVIL ACTION, FILE NUMBER:

VERENA RIVERA-POWELL

PLAINTIFF,

-AGAINST-

THE NEW YORK CITY BOARD OF ELECTIONS

DEFENDANTS.

06 civ 6843 (PAC)

Order to
Show cause
for a
Preliminary
Injunction

Upon the affidavit of Verena Rivera-Powell, Esq. sworn to on the 7th day of September 2006 and upon the copy of the complaint hereto annexed, it is

ORDERED, that the above named defendant show cause before a motion term of this Court, at Room 20C, United States Courthouse, 500 Pearl Street, in the City, county and State of New York, on September 11, 2006 at 10:00 a.m., or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the defendant during the pendancy of this action from excluding Verena Rivera-Powell as a candidate on the ballot for the Democratic Party nomination for the public office of Judge of the Civil Court of the City of New York from the 7th Municipal District, New York County, Vacancy #13 at the Primary Election to be held on September 12, 2006 and the General Election to be held on or about November 7, 2006; and it is further

ORDERED that, sufficient reason having been shown therefore, pending the hearing of the plaintiff's application for a preliminary injunction, pursuant to Rule 65 of

the Federal Rules of Civil Procedure that the defendant is temporarily restrained and enjoined from excluding Verena Rivera-Powell as a candidate on the ballot for the Democratic Party nomination for the public office of Judge of the Civil Court of the City of New York from the 7th Municipal District, New York County, Vacancy #13 at the Primary Election to be held on September 12, 2006 and the General Election to be held on or about November 7, 2006; and it is further

ORDERED that security in the amount of $_____ be posted by the plaintiff prior to _____ at _____ of that day; and it is further *No security shall be required*

ORDERED that personal service of a copy of this order and annexed affidavit upon the defendant or his counsel on or before *Noon on September 2006*, shall be deemed good and sufficient service thereof.

DATED: New York, New York

ISSUED: *September 1, 2006*

_____
UNITED STATES DISTRICT JUDGE

*Part I*