UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

VERENA RIVERA-POWELL,

                                               Plaintiff,   **<u>NOTICE OF MOTION</u>**

                                                     06 CV 6843 (NRB)

   - against -

NEW YORK CITY BOARD OF ELECTIONS,

                                       Defendant.

-------------------------------------------------------------------x

       **PLEASE TAKE NOTICE**, that upon the Declaration of Steven H. Richman and all other pleadings and proceedings herein, defendant, specially appearing herein for the sole purpose of moving to dismiss the complaint, will move this Court on October 5, 2006, before the Honorable Naomi Reice Buchwald, United States District Judge, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York  10007, for an order pursuant to Rule 12 of the Federal Rules of Civil Procedure, dismissing the complaint and for such other relief as the Court deems just and proper.

       **PLEASE TAKE FURTHER NOTICE**, that any answering papers must be served on the undersigned by September 29, 2006.

Dated:     New York, New York
                September 21, 2006

                                              **MICHAEL A. CARDOZO**
                                              Corporation Counsel of the
                                                City of New York
                                              Attorney for Defendant
                                              100 Church Street, Room 2-126
                                              New York, New York 10007
                                              (212) 788-0849

                                     By:    <u>s/Stephen Kitzinger</u>
                                                  Stephen Kitzinger (SK 6328)
                                                  Assistant Corporation Counsel