UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

VERENA RIVERA-POWELL,

                        Plaintiff,

  - against -

NEW YORK CITY BOARD OF ELECTIONS,

                      Defendant.

------------------------------------------------------------------------ x

**DECLARATION OF STEVEN H. RICHMAN IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**

06 Civ. 6843 (NRB)

        **STEVEN H. RICHMAN,** pursuant to 28 U.S.C. § 1746, declares under penalty of perjury, that:

        1.    I am the General Counsel of the defendant Board of Elections in the City of New York (the "Board"), a defendant in this action. I have held my present position since January 1999.

        2.    I submit this declaration in support of defendant's motion to dismiss the complaint. This declaration is based on my personal knowledge as well as the books and records of the Board and discussions with its employees.

        3.    On September 6, 2006, a Civil Cover Sheet and Complaint, both purporting to be in connection with this action, were delivered to the Board's Executive Office located at 32 Broadway, New York, New York.

        4.    On September 7, 2006, a Notice of Motion for Summary Judgment and a Preliminary Injunction, together with an affirmation in support and a memorandum of law, all purporting to be in connection with this action, were delivered to the Board's Executive Office located at 32 Broadway, New York, New York.

2

      5. On September 8, 2006, an unsigned Order to Show Cause for a Preliminary Injunction and a Supplemental Memorandum of Law in Support of the Plaintiff's Motions, all purporting to be in connection with this action, were delivered to the Board's Executive Office located at 32 Broadway, New York, New York.

      6. To date, no other documents, specifically no summons (with or without a complaint), purporting to be in connection with this action, have been served upon, delivered to, or received by the Board.

Dated:    New York, New York
           September 21, 2006

                                          s/Steven H. Richman
                                          STEVEN H. RICHMAN