UNITED STATES DISTRICT COURT
S0UTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

VERENA RIVERA-POWELL, et.al.,
        Plaintiffs,

   -v-

THE NYC BD. OF ELECTIONS, et.al.,

        Defendants.

------------------------------------------------------------X

06 cv 6843(NRB

JUDGMENT

*USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 10/13/06*

Whereas, plaintiff having moved the Court for a preliminary injunction, and the defendants having moved for dismissal, and the Court having, on October 4, 2006, issued its Memorandum and Ordere directing the Clerk shall enter judgment dismissing the case with prejudice, for the reasons stated from the bench, it is,

**ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Memorandum and Order, dated Oct 4,2006, judgment is hereby entered dismissing the case for the reasons stated from the bench.

DATED: NYC,NY

    Oct 12,2006

                                  **J. MICHAEL MC MAHON**

                                  Clerk of Court

                                  By: _____

                                  Deputy Clerk

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____