

*SDNY/New York City*
*06-cv-6843*
*Buchwald*

# MANDATE

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

---

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 5th day of December, two thousand six.

Before:    Hon. Dennis Jacobs, *Chief Judge*
           Hon. Amalya L. Kearse,
           Hon. Sonia Sotomayor,
                     *Circuit Judges*

**FILED**
**DEC – 5 2006**
Thomas Asreen, Acting Clerk
UNITED STATES COURT OF APPEALS SECOND CIRCUIT

Docket No. 06-4665-cv

---

VERENA RIVERA-POWELL, FRANCESCA CASTELLANOS, GEORGINA SANCHEZ, and MARIE SIERRA,

        *Plaintiffs-Appellants,*

  v.

NEW YORK CITY BOARD OF ELECTIONS,

        *Defendant-Appellee.*

---

Appeal from the United States District Court for the Southern District of New York.

This cause came on to be heard on the transcript of record from the United States District Court for the Southern District of New York and was argued by counsel.

On consideration whereof, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of said district court be and it hereby is AFFIRMED in accordance with the opinion of this court.

A TRUE COPY
Thomas W. Asreen, Acting Clerk
by
DEPUTY CLERK

FOR THE COURT:
THOMAS ASREEN, Acting Clerk
by

Arthur M. Heller
Motions Staff Attorney

Issued as Mandate: *1/4/07*